IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-1430-AP

ALICE G. TABARES,

Plaintiff-Appellant,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant-Appellee.

_____

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:

Robert K. Gruber, #9413
3500 South Wadsworth Blvd., Suite 215
Lakewood, Colorado 80235-2382
Telephone (303) 986-6400
FAX (303) 986-6800
E-mail: bobgruber@earthlink.net
Attorney for Plaintiff-Appellant
Alice G. Tabares

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

DEBRA J. MEACHUM
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-1570
(303) 844-0770 (facsimile)

For Defendant:

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

**A.  Date Complaint Was Filed:** July 9, 2007
**B.  Date Complaint Was Served on U.S. Attorney's Office:**  July 17, 2007
**C. Date Answer and Administrative Record Were Filed:** September 14, 2007

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The Administrative Records appears to be complete and accurate.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

There are no unusual claims or defenses in this case.

## 7.  OTHER MATTERS

There are no other matters.

## 8.  PROPOSED BRIEFING SCHEDULE

Because of workload, counsel for the Commissioner requests that the briefing schedule commence later than 40 days after the filing of this Joint Case Management Plan.  Counsel for both parties agree to the following proposed briefing schedule:

**A.  Plaintiffs Opening Brief Due:**         November  28, 2007
**B.  Defendant's Response Brief Due:**     December 28, 2007
**C.  Plaintiffs Reply Brief (If Any) Due:** January 18, 2008

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiffs Statement:**
  Plaintiff does not request oral argument.

**B. Defendant's Statement:**
  Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.    ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.    (**X**)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

  DATED this 5th day of October, 2007.

                    BY THE COURT:


                    *S/John L. Kane*
                    U.S. DISTRICT COURT JUDGE


-3-

APPROVED:
For Plaintiff:

s/ Robert K. Gruber 10/4/07
Robert K. Gruber
3500 South Wadsworth Blvd., Suite 215
Lakewood, Colorado 80235-2382
Telephone (303) 986-6400
FAX (303) 986-6800
E-mail: bobgruber@earthlink.net
Attorney for Plaintiff-Appellant

For Defendant:

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/ Debra J. Meachum 10/4/07
Debra J. Meachum
Special Assistant U.S. Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-1570
(303) 844-0770  (facsimile)
e-mail Debra.meachum@ssa.gov