# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 07-cv-01430-CMA

ALICE G. TABARES,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, Social Security Administration,

    Defendant.

---

## ORDER GRANTING AWARD OF REASONABLE ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

---

This matter is before the Court on the parties' Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412 (Doc. #20). Having reviewed the motion, case file and Order and Judgment entered on January 30, 2004, the Court hereby

ORDERS that the Stipulated Motion for Award of Attorney Fees under the Equal Access to Justice Act GRANTED. Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, plaintiff's counsel, Robert K. Gruber, is awarded reasonable attorney fees in the amount of $6,000.00.

    DATED: November  17 , 2008

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge