**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No.  07-cv-01430-CMA

ALICE G. TABARES,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, Social Security Administration,

      Defendant.

_____

### ORDER GRANTING AWARD OF ATTORNEY FEES UNDER 42 U.S.C. § 406(b)
_____

      This matter is before the Court on Plaintiff's Attorney's Unopposed Motion for an Award of Attorney Fees Under 42 U.S.C. § 406(b) (Doc. # 22).   Having reviewed the motion and the case file, the Court hereby

      ORDERS that this Motion is GRANTED.  Pursuant to 42 U.S.C. § 406(b), plaintiff's counsel, Robert K. Gruber, is awarded attorney fees in the amount of $6,000.00.

      DATED:  January   13   , 2009

                         BY THE COURT:

                         _____

                         CHRISTINE M. ARGUELLO
                         United States District Judge